In the Matter of the Application of THE CITY OF NEW YORK, Respondent, Relative to Closing Old Third Avenue in the Borough of The Bronx.

JOSEPH HANLON et al., as Executors of CHARLOTTE R. HANLON, Deceased, Appellants.

(Submitted July 3, 1934; decided October 2, 1934.)

*Paul Windels*, Corporation Counsel (*Samuel K. Handel* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.